ASAPH H. CARPENTER, *Appellant, v.* WILBUR BUTLER, *Respondent.* — Judgment of County Court affirmed, with costs. Opinion by LEARNED, P. J.

IN THE MATTER OF THE APPLICATION OF THE NEW YORK, LAKE ERIE AND WESTERN RAILROAD COMPANY, FOR THE APPOINTMENT OF COMMISSIONERS TO EXAMINE THE PROPOSED ROUTE OF THE NEW YORK, LACKAWANNA AND WESTERN RAILWAY COMPANY IN THE COUNTY OF CHEMUNG. — Order denying appointment of commissioners affirmed, with costs. Mem. by BOARDMAN, J.

IN THE MATTER OF THE FIDELITY AND CASUALTY INSURANCE COMPANY OF NEW YORK. — Application denied.

FEENEY *v.* PIER. — Motion denied.

ECKLER *v.* ECKLER. — Motion denied, without costs and without prejudice.

IN THE MATTER OF SPRING HOLLOW HIGHWAY. — Motion granted. See order on file.

THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* HENRY C. ADAMS, *Appellant, v.* ZERAH S. WESTBROOK, *Surrogate, etc.*, and others, *Respondents.* — Order affirmed, with ten dollars costs. BOCKES, J., not acting.

CALVIN SURDAM and others, *Commissioners, etc., Appellants, v.* SOLOMON FULLER, *as Commissioner, etc., Respondent.*

SAME *v.* DAVID ENGLISH, *as Commissioner, etc., Respondent.* — Orders affirmed, with ten dollars costs in one case, and printing disbursements in both.

HENRY Y. ATTRELL *v.* THE ROCKAWAY BEACH IMPROVEMENT COMPANY (LIMITED) and others. — Order of Justice LEARNED affirmed, with ten dollars costs and printing disbursements.

JOHN CONSALUS, *as Executor,* CATHARINE CONSALUS, *as Executrix, etc., Appellants, v.* JOHN BROTHERSON, *Respondent, Impleaded with* CHARLES ADAMS, *Appellant.* — Judgment against plaintiff, with costs.

CHARLES A. LANGDON, *Appellant, v.* JAMES C. ROGERS, *as Administrator, etc.* — Judgment affirmed, with costs.

THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* JAMES O. BUCK and others, *Plaintiffs in Error, v.* ROBERT S. COLEMAN, *Justice of the Peace, etc., Defendant in Error.* — Certiorari quashed with ten dollars costs and printing disbursements. Mem. by BOCKES, J.

THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* RICHARDSON H. THURMAN, *Respondent, v.* JAMES RYAN, JR., and others, *Appellants.* — Order affirmed on opinion of Justice WESTBROOK, with costs.

CATHARINE A. JEWELL, *Administratrix, etc., Appellant, v.* DELOS W. CAMERON, *Executor, etc., Respondent.* — Judgment affirmed, with costs.